# EXHIBIT 1

# THOMAS M. COOLEY LAW SCHOOL
# EMPLOYMENT REPORT AND SALARY SURVEY

# 2010 GRADUATES

**Theodore Souris**, **Augustus B. Woodward**, **and James Witherell classes**
(September 2009, January 2010, and May 2010)

| | |
|---|---|
| Number of 2010 graduates | 934 |
| Number of graduates with employment status known | 780 |
| Percentage of graduates employed | 76% |
| Average starting salary for all graduates | $54,796 |

## PRIVATE PRACTICE
Percent Employed: 50%
Average Starting Salary: $52,318

| *SIZE OF FIRM* | | *FIRMS EMPLOYING COOLEY GRADS* | |
|---|---|---|---|
| Self Employed | 70 | Sullivan, Ward, Asher & Patton, PC | Southfield, MI |
| 2 to 10 Attorneys | 157 | Graff & Associates | Columbus, OH |
| 11 to 25 Attorneys | 21 | Heavner, Scott, Beyers & Mihlar, PC | Chicago, IL |
| 26 to 50 Attorneys | 7 | Alstock, Witkin, Kreist, & Overholtz | Pensacola, FL |
| 51 to 100 Attorneys | 5 | Ryley, Carlock & Applewhite | Phoenix, AZ |
| 101 to 250 Attorneys | 7 | Thompson, Meier & King, PC | Canton, GA |
| 251 to 500 Attorneys | 2 | Plunkett Cooney | Bloomfield Hills, MI |
| 501+ Attorneys | 2 | Hoeppner, Wagner & Evans, LLP | Valparaiso, IN |
| Firm Size Unknown | 14 | Marinosci Law Group | Fort Lauderdale, FL |
| | | Stewart, Greenblatt, Manning & Baez | New York, NY |

## GOVERNMENT
Percent Employed: 15%
Average Starting Salary: $53,312

| *TYPE OF AGENCY* | | *AGENCIES EMPLOYING COOLEY GRADS* | |
|---|---|---|---|
| Military Federal | 4 | State of Louisiana Department of Labor | Baton Rouge, LA |
| Prosecutorial Local | 18 | Colorado State Public Defender | Denver, CO |
| Prosecutorial State | 4 | State Attorney's Office | Tampa, FL |
| | | Superior Court of New Jersey | Trenton, NJ |
| Other Federal | 8 | US Patent & Trademark Office | Alexandria, VA |
| Other State | 20 | Macomb County Prosecutor's Office | Mt. Clemens, MI |
| Other Local | 18 | Pima County Attorney's Office | Tucson, AZ |
| Unknown State | 1 | Allegheny County Public Defender | Pittsburgh, PA |
| Unknown Local | 3 | Superior Court of the District of Columbia | Washington, DC |
| Other Unknown | 2 | Office of Public Defender | Rockford, IL |
| | | U.S. Marine Corps JAG | Nationwide |
| | | IRS Office of Chief Counsel | Detroit, MI |

## PUBLIC INTEREST
Percent Employed: 2%
Average Starting Salary: $49,171

| TYPE OF AGENCY | | AGENCIES EMPLOYING COOLEY GRADS | |
|---|---|---|---|
| Community Education | 3 | Cristo Rey Community Center | Lansing, MI |
| Direct Legal Services | 2 | Lone Star Legal Aid | Houston, TX |
| Public Defender/Appellate | 4 | Virginia Indigent Defense Commission | Danville, VA |
| Other Public Interest | 4 | House of Ruth | Baltimore, MD |

## ACADEMIC
Percent Employed: 3%
Average Starting Salary: $58,223

| TYPE OF POSITION | | SCHOOLS EMPLOYING COOLEY GRADS | |
|---|---|---|---|
| | | Board of Education of City of Chicago | Chicago, IL |
| Other Higher Education | 6 | Pennsylvania State University | State College, PA |
| Other Academic Job | 11 | Western Michigan University | Kalamazoo, MI |

## JUDICIAL CLERKSHIP
Percent Employed: 3%
Average Starting Salary: $41,928

| TYPE OF JUDICIAL CLERKSHIP | | COURTS EMPLOYING COOLEY GRADS | |
|---|---|---|---|
| Judicial Clerkship – State | 9 | Stamford Superior Court | Stamford, CT |
| Judicial Clerkship – Federal | 1 | Michigan Court of Appeals | Detroit, MI |
| Judicial Clerkship – Local | 7 | Michigan Supreme Court | Lansing, MI |
| | | Hudson County Superior Court | Jersey City, NJ |

## BUSINESS
Percent Employed: 18%
Average Starting Salary: $71,470

| TYPE OF BUSINESS | | BUSINESSES EMPLOYING COOLEY GRADS | |
|---|---|---|---|
| Accounting | 1 | J.P. Morgan Chase | Chicago, IL |
| Banking/Financial | 4 | American Electric Power | Columbus, OH |
| | | Noble Energy, Inc. | Denver, CO |
| Insurance | 5 | General Motors Corporation | Warren, MI |
| Management Consulting | 9 | Decorum Consulting Group | New York City, NY |
| Technology | 4 | Texas Oil and Gas | Fort Worth, TX |
| Publishing | 2 | Assets International, LLC | Southfield, MI |
| Other Business/In-house | 72 | M. Lee Smith Publishers | Nashville, TN |