# EXHIBIT 6

May 20, 2011
Stephen N. Zack
President
American Bar Association
321 North Clark Street
Chicago, IL 60654-7598

Dear Mr. Zack:

Thank you for your response to my letter regarding the transparency and accuracy of post-graduation employment and salary information reported by law schools.

I was encouraged to learn that in June the Section on Legal Education and Admission to the Bar will be considering recommendations on how the ABA can improve access to accurate and transparent information for prospective law school students. I view this as a positive step toward improved standards, but before completing its work on these important recommendations, I urge the Section to address some other important issues.

1. Independent Oversight

It is troubling that the recommendations do not address the need for independent oversight of the data law school deans submit to the ABA and publications like *U.S. News and World Report*. The Section's recommendations would allow law schools to continue to submit unaudited data, despite the fact that a lack of oversight has been identified by many observers as a major problem.

The editor of *U.S. News and World Report* wrote a letter to all law school deans, noting a "crisis of confidence in the law school sector" and asked deans to be more vigilant in their data reporting. This letter and the recent news that a well-known law school admitted to knowingly reporting inaccurate data to the ABA for years indicates that independent oversight must surely be a part of any reform proposal.

2. Easy Access for Students to Information

The ABA should undertake efforts to ensure that students have easy access to post-graduation employment and salary information. Prospective students should not have to search far and wide for information so critical to determining their futures. To achieve this goal the ABA should make it standard practice for law schools to post links to this information on website homepages, and to include these documents in acceptance notices.

I would be remiss not to mention a very troubling *New York Times* article on law school merit scholarships. The article detailed the recent increase in the number of merit scholarships offered by law schools and demonstrated how scholarships are being used to convince students with high LSAT scores to attend lower-ranked law schools.

While the opportunity to earn a very expensive law degree at a fraction of the cost can be an attractive option for many students, the *Times* exposed a major problem with scholarship transparency. Many law schools not only fail to make it clear that prospective students must meet minimum GPA requirements, they also do not disclose how the law school's grading curve can prohibit all students offered scholarships from maintaining the benefit every year.

It was reported that at one school, 57 percent of first-year students in one class year received a merit scholarship, but only one-third of the students in that entire class received a GPA high enough to maintain a scholarship. In the *Times* article, an ABA official admitted he was unaware of any problems with merit scholarships, and noted that the ABA does not ask schools to report how many students lose their scholarships each year and does not publish any information for prospective students on this subject.

I look forward to reviewing the results of the Section's June meeting, as well as your response to the merit scholarship issue.

Sincerely,

Barbara Boxer
United States Senator

March 31, 2011

Stephen N. Zack
President
American Bar Association
740 15th Street, N.W.
Washington, DC 20005-1019

Dear Mr. Zack:

As you know, recent news articles have raised concerns about the reporting of admissions and post-graduation information by the American Bar Association and law schools across the country. It is essential that students deciding if and where to attend law school have access to information that is accurate and transparent. The ABA, as the accrediting body charged with oversight of the nation's law schools, must ensure standards and accountability.

As the economy continues to recover from the recession, many new law school graduates are struggling to find jobs as attorneys. According to Northwestern University, at least 15,000 legal jobs with large firms have disappeared since 2008. The Bureau of Labor Statistics indicates that the number of people employed in legal services has decreased from a high of 1.2 million in 2007, to less than 1 million in 2009. Experts predict that fewer than 30,000 new attorney positions per year will be available to the more than 44,000 law school graduates entering the marketplace each year.

This very serious problem takes on greater significance when viewed in the context of news articles highlighting law schools that allegedly falsify post-graduation and salary information in attempts to increase their position in the annual U.S. News and World Report rankings.

Most students reasonably expect to obtain post-graduation employment that will allow them to pay off their student loan debts, and rely on this information - which may be false at worst and misleading at best - to inform their decision.

As reported in the New York Times and other publications, the ABA allows law schools to report salary information of the highest earning graduates as if it were representative of the entire class. Also, when reporting critical post-graduation employment information, law schools are not distinguishing between graduates practicing law full-time from those working part-time or in non-legal fields.

I understand that some ABA members have been pressing for reform, that the ABA has appointed committees to review ways to increase oversight and transparency, and that U.S. News and World Report has requested greater transparency from law school deans. These are good first steps, but more must be done to ensure potential students have a full understanding of the costs and benefits of a legal education.

I am requesting that you provide me with a detailed summary of the ABA's plans to implement reforms to its current procedures to ensure access to accurate and transparent information for prospective law school students.

Thank you for your attention to this matter.

Sincerely,

Barbara Boxer
United States Senator