# EXHIBIT 3

## Class of 2009 National Summary Report

| | Number Reported | % of Reported | # with Salary | FULL-TIME SALARIES 25th Percentile | Median | 75th Percentile | Mean |
|---|---|---|---|---|---|---|---|
| **Total Grads Class of 2009 — 44,000** | | | | | | | |
| Total (Reported to NALP) | 42,330 | | | | | | |
| **Gender Reported** | 42,151 | 100.0 | | | | | |
| Women | 19,392 | 46.0 | 8,981 | 50,000 | 68,000 | 160,000 | 91,287 |
| Men | 22,759 | 54.0 | 10,490 | 52,000 | 75,000 | 160,000 | 95,330 |
| **Race Reported** | 38,170 | 100.0 | | | | | |
| Minority | 8,756 | 22.9 | 3,757 | 51,880 | 85,000 | 160,000 | 99,502 |
| Nonminority | 29,414 | 77.1 | 14,194 | 50,000 | 70,000 | 145,000 | 90,096 |
| **Gender & Race Reported** | 38,079 | 100.0 | | | | | |
| Minority Women | 4,892 | 12.8 | 2,108 | 50,000 | 75,000 | 160,000 | 96,053 |
| Minority Men | 3,816 | 10.0 | 1,638 | 55,000 | 100,000 | 160,000 | 104,160 |
| Nonminority Women | 12,739 | 33.5 | 6,215 | 49,000 | 65,000 | 145,000 | 87,885 |
| Nonminority Men | 16,632 | 43.7 | 7,966 | 50,000 | 72,000 | 145,000 | 91,860 |
| **Employment Status Known** | 40,833 | 100.0 | | | | | |
| Bar Passage Reqd | 28,901 | 70.8 | 17,699 | 51,000 | 77,000 | 160,000 | 96,330 |
| JD Preferred | 3,751 | 9.2 | 1,062 | 41,000 | 52,000 | 70,000 | 61,755 |
| Other Professional | 2,206 | 5.4 | 667 | 45,000 | 60,000 | 86,921 | 73,306 |
| Non-professional | 722 | 1.8 | 73 | 30,000 | 39,000 | 49,920 | 48,538 |
| Empl — Job Type Unknown | 466 | 1.1 | | | | | |
| Pursuing Degree FT | 1,247 | 3.1 | | | | | |
| Unemployed-Seeking | 2,430 | 6.0 | | | | | |
| Unemployed-Not Seeking | 1,110 | 2.7 | | | | | |
| **Total Empl or Degree** | 37,293 | 91.3 | | | | | |
| Pursuing Degree FT | 1,247 | 3.1 | | | | | |
| Employed | 36,046 | 88.3 | 19,513 | 50,000 | 72,000 | 160,000 | 93,454 |
| **FT/PT Jobs** | 35,002 | 100.0 | | | | | |
| Bar Passage Reqd-FT | 26,625 | 76.1 | | | | | |
| Bar Passage Reqd-PT | 1,845 | 5.3 | | | | | |
| JD Preferred-FT | 2,594 | 7.4 | | | | | |
| JD Preferred-PT | 989 | 2.8 | | | | | |
| Other Professional-FT | 1,732 | 4.9 | | | | | |
| Other Professional-PT | 359 | 1.0 | | | | | |
| Non-professional-FT | 317 | 0.9 | | | | | |
| Non-professional-PT | 353 | 1.0 | | | | | |
| Empl FT — Job Type Unknown | 137 | 0.4 | | | | | |
| Empl PT — Job Type Unknown | 51 | 0.1 | | | | | |
| **Employment by Sector** | 35,528 | 98.6 | | | | | |
| Private Sector | 25,006 | 69.4 | 13,767 | 65,000 | 120,000 | 160,000 | 111,207 |
| Public Sector | 10,522 | 29.2 | 5,733 | 42,000 | 50,000 | 58,000 | 50,916 |
| **Employment Categories** | 36,046 | 100.0 | | | | | |
| Academic | 1,262 | 3.5 | 228 | 37,000 | 46,000 | 55,000 | 48,159 |
| Business | 4,861 | 13.5 | 1,421 | 50,000 | 65,000 | 90,000 | 76,053 |
| Judicial Clerk | 3,125 | 8.7 | 2,531 | 42,172 | 50,000 | 58,000 | 50,477 |
| Unknown Type | 518 | 1.4 | 13 | 33,000 | 50,000 | 60,000 | 51,894 |
| Private Practice | 20,145 | 55.9 | 12,346 | 70,000 | 130,000 | 160,000 | 115,254 |
| Government | 4,092 | 11.4 | 2,161 | 44,900 | 52,000 | 60,000 | 54,335 |
| Public Interest | 2,043 | 5.7 | 813 | 39,000 | 42,800 | 50,000 | 43,971 |
| **Business Jobs** | 4,861 | 100.0 | | | | | |
| Bar Passage Reqd | 1,407 | 28.9 | 503 | 50,000 | 65,000 | 90,000 | 72,773 |
| JD Preferred | 1,396 | 28.7 | 476 | 49,000 | 65,000 | 87,500 | 76,047 |
| Other Professional | 1,341 | 27.6 | 386 | 50,000 | 70,000 | 100,000 | 83,779 |
| Non-professional | 633 | 13.0 | 53 | 28,800 | 40,000 | 50,000 | 51,266 |
| Empl — Job Type Unknown | 84 | 1.7 | | | | | |
| **Size of Firm** | 20,145 | 100.0 | | | | | |
| 2-10 | 6,749 | 33.5 | 2,579 | 44,000 | 50,000 | 62,400 | 54,736 |
| 11-25 | 1,526 | 7.6 | 906 | 54,000 | 65,000 | 80,000 | 69,360 |
| 26-50 | 946 | 4.7 | 634 | 62,500 | 75,000 | 90,000 | 79,486 |
| 51-100 | 912 | 4.5 | 747 | 75,000 | 95,000 | 130,000 | 101,915 |
| 101-250 | 1,402 | 7.0 | 1,241 | 100,000 | 120,000 | 150,000 | 121,602 |
| 251-500 | 1,468 | 7.3 | 1,365 | 120,000 | 160,000 | 160,000 | 140,057 |
| 501+ | 5,156 | 25.6 | 4,796 | 160,000 | 160,000 | 160,000 | 155,227 |
| Unknown Size | 928 | 4.6 | | | | | |
| Solo | 1,058 | 5.3 | | | | | |

(continued)

| | Number Reported | % of Reported | # with Salary | FULL-TIME SALARIES | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 25th Percentile | Median | 75th Percentile | Mean |
| **Type of Law Firm Job** | 18,496 | 100.0 | | | | | |
| Attorney | 16,884 | 91.3 | 11,290 | 70,000 | 135,000 | 160,000 | 117,231 |
| Law Clerk | 1,397 | 7.6 | 222 | 37,000 | 45,000 | 52,500 | 46,931 |
| Paralegal | 171 | 0.9 | 40 | 35,000 | 40,000 | 49,500 | 44,125 |
| Administrative | 44 | 0.2 | 17 | 32,000 | 45,000 | 72,000 | 52,112 |
| **Jobs Taken by Region** | 34,850 | 100.0 | | | | | |
| Foreign | 279 | 0.8 | 108 | 47,752 | 72,250 | 160,000 | 93,470 |
| New England | 1,841 | 5.3 | 976 | 50,000 | 77,000 | 160,000 | 98,569 |
| Mid-Atlantic | 6,901 | 19.8 | 4,497 | 56,000 | 145,000 | 160,000 | 113,101 |
| E North Central | 4,539 | 13.0 | 2,225 | 50,000 | 72,000 | 145,000 | 90,911 |
| W North Central | 1,800 | 5.2 | 1,029 | 45,000 | 55,000 | 85,000 | 66,155 |
| South Atlantic | 7,819 | 22.4 | 4,451 | 49,250 | 62,500 | 140,000 | 86,118 |
| E South Central | 1,186 | 3.4 | 590 | 45,000 | 55,000 | 75,000 | 62,402 |
| W South Central | 3,282 | 9.4 | 1,747 | 50,000 | 68,000 | 120,000 | 85,534 |
| Mountain | 1,802 | 5.2 | 998 | 48,000 | 57,100 | 80,000 | 67,508 |
| Pacific | 5,401 | 15.5 | 2,712 | 60,000 | 100,000 | 160,000 | 106,549 |
| **Location of Jobs** | 34,850 | 100.0 | | | | | |
| In-State | 23,031 | 66.1 | 12,177 | 50,000 | 68,000 | 137,750 | 87,598 |
| Out of State | 11,819 | 33.9 | 7,156 | 55,000 | 100,000 | 160,000 | 104,035 |
| **Source of Job** | 28,730 | 100.0 | | | | | |
| Fall OCI | 6,709 | 23.4 | | | | | |
| Job fair/consortia | 656 | 2.3 | | | | | |
| Job Posting | 4,012 | 14.0 | | | | | |
| Commercial Internet Site | 726 | 2.5 | | | | | |
| Other | 2,156 | 7.5 | | | | | |
| Return to Prior Job | 2,198 | 7.7 | | | | | |
| Referral | 4,338 | 15.1 | | | | | |
| Start own practice | 1,385 | 4.8 | | | | | |
| Self-initiated/letter | 5,887 | 20.5 | | | | | |
| Spring OCI | 375 | 1.3 | | | | | |
| Temp Agency | 288 | 1.0 | | | | | |
| **Timing of Job Offer** | 33,235 | 100.0 | | | | | |
| After Bar Results | 6,904 | 20.8 | | | | | |
| Before Graduation | 20,801 | 62.6 | | | | | |
| Before Bar Results | 5,530 | 16.6 | | | | | |

Note: Private sector includes jobs in law firms and business. All other jobs are considered public. Jobs with employer type reported as unknown are not included in either sector. Private practice includes 98 jobs with public interest law firms.

Table prepared by NALP, June 2010.

Census regions are:
New England = CT, ME, MA, NH, RI, VT.
Mid-Atlantic = NJ, NY, PA.
E North Central = IL, IN, MI, OH, WI.
W North Central = IA, KS, MN, MO, NE, ND, SD.
South Atlantic = DE, DE, FL, GA, MD, NC, CS, VA, WV.
E South Central = AL, KY, MS, TN.
W South Central = AR, LA, OK, TX.
Mountain = AZ, CO, ID, MT, NV, NM, UT, WY.
Pacific = AK, CA, HI, OR, WA.

## Job Characteristics by Employer Type

| Employer Type | % Short-term | % Part-time |
| --- | --- | --- |
| Academic | 68.6 | 55.7 |
| Business | 30.2 | 19.8 |
| Judicial Clerk | 100.0 | 1.3 |
| Private Practice | 8.4 | 5.9 |
| Government | 18.1 | 7.7 |
| Public Interest | 40.9 | 19.8 |
| **Total** | 24.9 | 10.3 |

Percentages are based on jobs for which the information was provided, and thus the number of jobs for each employer type is less than the number shown on the first page. The unknown employer category is not shown separately but is included in the total.

Table prepared by NALP, June 2010