UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JOHN T. MACDONALD JR., CHELSEA A. PEJIC,
SHAWN HAFF, and STEVEN BARON,

    Plaintiffs,

vs.

THOMAS M. COOLEY LAW SCHOOL and
DOES 1-20,

    Defendants.

Case No. 11-cv-00831

Hon. Gordon J. Quist

---

| | |
|---|---|
| The Hyder Law Firm, P.C. | Miller, Canfield, Paddock and Stone, PLC |
| Steven Hyder (P69875) | Michael P. Coakley (P34578) |
| PO Box 2242 | Brad H. Sysol (P58138) |
| Monroe, MI  48161 | Paul D. Hudson (P69844) |
| (734) 757-4586 | 150 West Jefferson, Suite 2500 |
| hyders@hyderlawfirm.com | Detroit, MI  48226 |
| | (313) 963-6420 |
| Kurzon Strauss LLP | coakley@millercanfield.com |
| Jesse Strauss | sysol@millercanfield.com |
| 305 Broadway, 9th Floor | hudson@millercanfield.com |
| New York, NY  10007 | Attorneys for Defendant |
| (212) 822-1496 | Thomas M. Cooley Law School |
| jesse@kurzonstrauss.com | |
| Attorneys for Plaintiffs | |

**STIPULATION SETTING DATE TO ANSWER OR RESPOND TO COMPLAINT**

The parties hereby stipulate that Defendant Thomas M. Cooley Law School shall have until **Friday, October 21, 2011** to answer or otherwise respond to Plaintiffs' Complaint (ECF 1).

STIPULATED AND AGREED:

| | |
|---|---|
| /s Jesse Strauss (with consent) | /s Michael P. Coakley |
| The Hyder Law Firm, P.C. | Miller, Canfield, Paddock and Stone, PLC |
| Steven Hyder (P69875) | Michael P. Coakley (P34578) |
| PO Box 2242 | Brad H. Sysol (P58138) |
| Monroe, MI 48161 | Paul D. Hudson (P69844) |
| (734) 757-4586 | 150 West Jefferson, Suite 2500 |
| hyders@hyderlawfirm.com | Detroit, MI 48226 |
| | (313) 963-6420 |
| Kurzon Strauss LLP | coakley@millercanfield.com |
| Jesse Strauss | sysol@millercanfield.com |
| 305 Broadway, 9th Floor | hudson@millercanfield.com |
| New York, NY 10007 | Attorneys for Defendant |
| (212) 822-1496 | Thomas M. Cooley Law School |
| jesse@kurzonstrauss.com | |
| Attorneys for Plaintiffs | |

**SO ORDERED.**

_____
The Honorable Gordon J. Quist
United States District Court Judge

DATE: _____

19,435,223.1\018763-00021