## INDEX OF EXHIBITS

**EXHIBIT A**   Complaint, Alaburda v. Thomas Jefferson School of Law, Superior Court for the State of California, County of San Diego, Case No. 2011-00091898

**EXHIBIT B**   Complaint, Gomez-Jimenez v. New York Law School, Supreme Court of the State of New York, County of New York, Index No. 652226/2011

**EXHIBIT C**   Segal, David, "Is Law School A Losing Game," New York Times, Jan. 8, 2011

**EXHIBIT D**   ABA 2010 Annual Questionnaire Part I

**EXHIBIT E**   NALP 2010 Methodology for Calculating Graduate Employment Rate

**EXHIBIT F**   Baptichon v. Thomas M. Cooley Law School, Ingham County Circuit Court Case No. 03-1784-CZ, Nov. 2, 2004 Order